FILE COPY

RE: Case No. 25-0016      DATE: 4/25/2025
COA #: 15-24-00037-CV      TC#: D-1-GN-23-008370
STYLE: EUBANKS v. NELSON

     Today the Supreme Court of Texas denied the motion for rehearing of the above-referenced petition for review. (Justice Sullivan not participating)

TRAVIS   EUBANKS
* DELIVERED VIA E-MAIL & POSTAL *

FILE COPY

RE: Case No. 25-0016          DATE: 4/25/2025
COA #: 15-24-00037-CV      TC#: D-1-GN-23-008370
STYLE: EUBANKS v. NELSON

Today the Supreme Court of Texas denied the motion for rehearing of the above-referenced petition for review. (Justice Sullivan not participating)

JARRETT  WOODWARD
* DELIVERED VIA E-MAIL & POSTAL *

FILE COPY

RE: Case No. 25-0016           DATE: 4/25/2025
COA #: 15-24-00037-CV      TC#: D-1-GN-23-008370
STYLE: EUBANKS v. NELSON

      Today the Supreme Court of Texas denied the motion for rehearing of the above-referenced petition for review. (Justice Sullivan not participating)

AMANDA  EUBANKS
* DELIVERED VIA E-MAIL & POSTAL *

FILE COPY

RE: Case No. 25-0016                DATE: 4/25/2025
     COA #: 15-24-00037-CV        TC#: D-1-GN-23-008370
STYLE: EUBANKS v. NELSON

Today the Supreme Court of Texas denied the motion for rehearing of the above-referenced petition for review. (Justice Sullivan not participating)

DISTRICT CLERK  TRAVIS COUNTY
TRAVIS COUNTY COURT
P. O. BOX 679003
AUSTIN, TX  78767
* DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0016         DATE: 4/25/2025
COA #: 15-24-00037-CV       TC#: D-1-GN-23-008370
STYLE: EUBANKS v. NELSON

     Today the Supreme Court of Texas denied the motion for rehearing of the above-referenced petition for review. (Justice Sullivan not participating)

MS. STEPHANIE  CRISCIONE
ASSISTANT ATTORNEY GENERAL
209 W 14TH ST
AUSTIN, TX  78701-1614
* DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0016                           DATE: 4/25/2025
COA #: 15-24-00037-CV             TC#: D-1-GN-23-008370
STYLE: EUBANKS v. NELSON

    Today the Supreme Court of Texas denied the motion for rehearing of the above-referenced petition for review. (Justice Sullivan not participating)

CHRISTOPHER  PRINE
FIFTEENTH COURT OF APPEALS
P.O, BOX 12852
AUSTIN, TX  78711
* DELIVERED VIA E-MAIL *